461 A.2d 886

Commonwealth v. Trivett, Appellant.

Submitted March 22, 1983.  John R. Gailey, Jr., for appellant;  Douglas H. Gent, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

Judgment of sentence affirmed.

461 A.2d 887

Commonwealth v. Washington, Appellant.

Petition for Allowance of Appeal Denied Oct. 6, 1983.

Submitted February 16, 1983.  Brian R. Williams, for appellant;  Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., JOHNSON and MONTEMURO, JJ.

Judgment of sentence affirmed.